**FILED**
DEC 0 8 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

TXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

Lif Modabberi

Debtor(s)

Case No.: 09-38264-hdh13

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☑ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

12/8/2009
Date

n/a
Signature of Attorney (if applicable)

[signature]
Signature of Debtor

8034
Debtor's Social Security (last four digits only) /Tax ID No.

n/a
Signature of Joint Debtor (if applicable)

n/a
Joint Debtor's Social Security (last four digits only) /Tax ID No.

**Matrix**

Bank Of America (MBNA) 9704
PO BOX 15019,
Wilmington, DE 19886


Bank of American HOME EQUITY
PO BOX 15019,
Wilmington, DE 19886


CHASE 9488
PO BOX 94014,
Palatine, IL 60094


Chase Home Loan
PO BOX 78148,
Phoenix, AZ 85062


Chase Home Loan
PO BOX 78148,
Phoenix, AZ 85062


Chase Credit Card Services
PO BOX 94014,
Palatine, IL 60094


Citi Card
P. O. Box 6500, Sious
Falls, SD 57117


Citi Flex Line
100 Citibank Drive,
San Antonio, TX 78245

Matrix

ELLIS COUNTY Landfill
101 West Main Street,
Waxahachie, Texas

Exxon Mobile Card
P.O. Box 688938,
Des Moines, IA50368

First State Bank
917 Military Pkwy,
Mesquite TX 75149

Home Depot
PO BOX 653000,
Dallas, TX 75265

Point Bank                                          CODEBTOR
PO Box 278
Pilot Point, TX 76258

Prosperity Bank
1301 N Mechanic, El
Campo, TX 77437

Wachovia
1525 W.T. Harris
Blvd, Charolotte, NC
28288

City Bank
PO Box 5060, Lubbock,
TX 79408

Matrix

Wachovia
1525 West W.T. Harris
Blv, Charolotte, NC

Washington Mutual L of Credit
PO BOX 78148,
Phoenix, AZ 85062

Capital One
PO Box 30285, Salt
Lake City, UT 84130-

First Equity Card
P.O. Box 84075,
Columbus, GA 31908-

IRS, MC4035DAl

1100 Commerce St, ,
Dallas TX 75242

Dallas County Tax Office
500 Elm Street,
Dallas, TX 75202

Macy's
PO Box 8066,
Mason OH 45040