In Re:
Lif Esmael Modabbeli

Case No: 09-38264-hdh13
Chapter No: 13

Honorable Judge

This motion is filled with the intend to ask your consideration to reinstead the above case. I have filed the petion myself and presented several documents throught out the coulst of time. The documents which was missed was uninttentional ad is being presented to the clerk with this motion.
I will be greatfull for your consideration in regard to reinstating this case and giving me the opportunity to see this matter through.

Very Truly

[signature]

12-28-09

**FILED**

DEC 28 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS