Dallas Unlimited Real Estate Solutions Inc
1401 Elm Street, Suite 1818
Dallas, TX 75202

**FILED**

DEC 28 2009

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Esmail L Modabberi
3883 Turtle # 2010
Dallas, TX 75219

| Employee Pay Stub | Check number: 50019 | | Pay Period: 11/14/2009 - 11/27/2009 | | Pay Date: 11/27/2009 |
|---|---|---|---|---|---|
| **Employee** | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Esmail L Modabberi, 3883 Turtle # 2010, Dallas, TX 75219 | | | ***-**-8034 | Single | Fed-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Officer | | | 923.08 | 6,461.56 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -91.00 | -637.00 |
| Social Security Employee | | | -57.23 | -400.62 |
| Medicare Employee | | | -13.38 | -93.69 |
| | | | -161.61 | -1,131.31 |
| **Net Pay** | | | **761.47** | **5,330.25** |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202

Dallas Unlimited Real Estate Solutions Inc
1401 Elm Street, Suite 1818
Dallas, TX 75202

Esmail L Modabberi
3883 Turtle # 2010
Dallas, TX 75219

| Employee Pay Stub | Check number: 50015 | | | Pay Period: 10/31/2009 - 11/13/2009 | | Pay Date: 11/13/2009 |
|---|---|---|---|---|---|---|
| **Employee** | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Esmail L Modabberi, 3883 Turtle # 2010, Dallas, TX 75219 | | | | ***-**-8034 | Single | Fed-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary - Officer | | | 923.08 | 5,538.48 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -91.00 | -546.00 |
| Social Security Employee | | | -57.24 | -343.39 |
| Medicare Employee | | | -13.39 | -80.31 |
| | | | -161.63 | -969.70 |
| **Net Pay** | | | **761.45** | **4,568.78** |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202

10/30/2009

Esmail L Modabberi                                                                              **761.47

Seven Hundred Sixty-One and 47/100*****************************************************************************

Esmail L Modabberi
3883 Turtle # 2010
Dallas, TX 75219

Pay Period: 10/17/2009 - 10/30/2009

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Esmail L Modabben, 3883 Turtle # 2010, Dallas, TX 75219 | | | | | ***-**-8034 | Single | | Fed-0/0 |
| | | | | | Pay Period: 10/17/2009 - 10/30/2009 | | | Pay Date: 10/30/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | |
| Salary - Officer | | | 923.08 | 4,615.40 | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -91.00 | -455.00 | | | | |
| Social Security Employee | | | -57.23 | -286.15 | | | | |
| Medicare Employee | | | -13.38 | -66.92 | | | | |
| | | | -161.61 | -808.07 | | | | |
| Net Pay | | | 761.47 | 3,807.33 | | | | |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Esmail L Modabberi, 3883 Turtle # 2010, Dallas, TX 75219 | | | | | ***-**-8034 | Single | | Fed-0/0 |
| | | | | | Pay Period: 10/17/2009 - 10/30/2009 | | | Pay Date: 10/30/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | |
| Salary - Officer | | | 923.08 | 4,615.40 | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -91.00 | -455.00 | | | | |
| Social Security Employee | | | -57.23 | -286.15 | | | | |
| Medicare Employee | | | -13.38 | -66.92 | | | | |
| | | | -161.61 | -808.07 | | | | |
| Net Pay | | | 761.47 | 3,807.33 | | | | |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202

10/16/2009

Esmail L Modabberi                                                    **761.46

Seven Hundred Sixty-One and 46/100***************************************************************

Esmail L Modabberi
3883 Turtle # 2010
Dallas, TX 75219

Pay Period: 10/03/2009 - 10/16/2009

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Esmail L Modabberi, 3883 Turtle # 2010, Dallas, TX 75219 | | | | | ***-**-8034 | Single | | Fed-0/0 |
| | | | | | Pay Period: 10/03/2009 - 10/16/2009 | | | Pay Date: 10/16/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | |
| Salary - Officer | | | 923.08 | 3,692.32 | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -91.00 | -364.00 | | | | |
| Social Security Employee | | | -57 23 | -228.92 | | | | |
| Medicare Employee | | | -13.39 | -53.54 | | | | |
| | | | -161.62 | -646.46 | | | | |
| Net Pay | | | 761.46 | 3,045 86 | | | | |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Esmail L Modabberi, 3883 Turtle # 2010, Dallas, TX 75219 | | | | | ***-**-8034 | Single | | Fed-0/0 |
| | | | | | Pay Period: 10/03/2009 - 10/16/2009 | | | Pay Date: 10/16/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | |
| Salary - Officer | | | 923.08 | 3,692.32 | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -91.00 | -364.00 | | | | |
| Social Security Employee | | | -57.23 | -228.92 | | | | |
| Medicare Employee | | | -13.39 | -53.54 | | | | |
| | | | -161.62 | -646.46 | | | | |
| Net Pay | | | 761.46 | 3,045.86 | | | | |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202

10/2/2009

Esmail L Modabberi                                                                                                    **761.47

Seven Hundred Sixty-One and 47/100*********************************************************************************

Esmail L Modabberi
3883 Turtle # 2010
Dallas, TX 75219

Pay Period: 09/19/2009 - 10/02/2009

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Esmail L Modabberi, 3883 Turtle # 2010, Dallas, TX 75219 | | | | | ***-**-8034 | Single | | Fed-0/0 |
| | | | | | Pay Period: 09/19/2009 - 10/02/2009 | | | Pay Date: 10/02/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | |
| Salary - Officer | | | 923.08 | 2,769.24 | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -91.00 | -273.00 | | | | |
| Social Security Employee | | | -57.23 | -171.69 | | | | |
| Medicare Employee | | | -13.38 | -40.15 | | | | |
| | | | -161.61 | -484.84 | | | | |
| Net Pay | | | 761.47 | 2,284.40 | | | | |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Esmail L Modabberi, 3883 Turtle # 2010, Dallas, TX 75219 | | | | | ***-**-8034 | Single | | Fed-0/0 |
| | | | | | Pay Period: 09/19/2009 - 10/02/2009 | | | Pay Date: 10/02/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | |
| Salary - Officer | | | 923.08 | 2,769.24 | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -91.00 | -273.00 | | | | |
| Social Security Employee | | | -57.23 | -171.69 | | | | |
| Medicare Employee | | | -13.38 | -40.15 | | | | |
| | | | -161.61 | -484.84 | | | | |
| Net Pay | | | 761.47 | 2,284.40 | | | | |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202

9/18/2009

Esmail L Modabberi                                                                    **761.46

Seven Hundred Sixty-One and 46/100***********************************************************************

Esmail L Modabberi
3883 Turtle # 2010
Dallas, TX 75219

Pay Period: 09/05/2009 - 09/18/2009

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Esmail L Modabberi, 3883 Turtle # 2010, Dallas, TX 75219 | | | | | ***-**-8034 | Single | | Fed-0/0 |
| | | | | | Pay Period: 09/05/2009 - 09/18/2009 | | | Pay Date: 09/18/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | |
| Salary - Officer | | | 923 08 | 1,846.16 | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -91.00 | -182.00 | | | | |
| Social Security Employee | | | -57.23 | -114.46 | | | | |
| Medicare Employee | | | -13.39 | -26.77 | | | | |
| | | | -161.62 | -323.23 | | | | |
| Net Pay | | | 761 46 | 1,522.93 | | | | |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Esmail L Modabben, 3883 Turtle # 2010, Dallas, TX 75219 | | | | | ***-**-8034 | Single | | Fed-0/0 |
| | | | | | Pay Period: 09/05/2009 - 09/18/2009 | | | Pay Date: 09/18/2009 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | |
| Salary - Officer | | | 923.08 | 1,846.16 | | | | |
| Taxes | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -91 00 | -182.00 | | | | |
| Social Security Employee | | | -57.23 | -114.46 | | | | |
| Medicare Employee | | | -13.39 | -26.77 | | | | |
| | | | -161.62 | -323.23 | | | | |
| Net Pay | | | 761.46 | 1,522.93 | | | | |

Dallas Unlimited Real Estate Solutions Inc, 1401 Elm Street, Suite 1818, Dallas, TX 75202