Chapter 13 Plan

Case No.: 09-38264-hdh-13

Debtor(s): Lif Esmael Modabberi    SS#: 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    Net Monthly Earnings: 3000
SS#: _____    Number of Dependents: _____

I. Plan Payments:
   (✓) Debtor(s) propose to pay a periodic payment of $ 2800    weekly  biweekly  semi-monthly  * monthly into the plan.
   (_) Payroll deduction Order: To _____
       $ _____    weekly  biweekly  semi-monthly  monthly.
   Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ 250,000

**FILED DEC 28 2009 TAWANA C. MARSHALL, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS**

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:
   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]
   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| IRS | Federal Taxes | $8100 | $135 |
| Dallas County Taxes | County Taxes | $10,000 | $167 |
| | | | |

B. Total Attorney Fee: $ 0    ; $ 0    paid pre-petition; $ 0    to be paid at confirmation and $ 0    per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Outlined_Schdule D First Liens | $517,951 | * by Trustee  by Debtor | 2/1/09 | $5589 | 1 | 0% | $93.15 |
| Outlined_Schedule D Second Liens | $45,000 | * by Trustee  by Debtor | 2/1/09 | $550 | 2 | 0% | $9.16 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| City Bank | 58 | $12,000 | $12,000 | 0 | 2007 Cadiallac | 5% | 291 | 2/1/09 |
| Prosperity Bank | 36 | $28,000 | $25,000 | 3000 | 2006 Range Rover | 4% | 555 | 2/1/09 |
| | | | | | | | | |
| | | | | | | | | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |
| | | | | |

IV. Special Provisions:
   * This is an original plan.
     This is an amended plan replacing plan dated _____.
   * This plan proposes to pay unsecured creditors 17 %.
     Other provisions: _____

Name/Address/Telephone/Attorney for Debtor(s):    Dated: 12-28-09

Signature of Debtor

Telephone # _____    Signature of Debtor