Davor Rukavina, Esq.
Texas Bar No. 24030781
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-5359

ATTORNEYS FOR FIRST STATE BANK, MESQUITE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| LIF ESMAEL MODABBERI, | § § | CASE NO. 09-38264-HDH |
| Debtor. | § § § | (Chapter 13) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO ALL PARTIES AND TO THE CLERK OF THE COURT:**

The undersigned and the law firm of Munsch Hardt Kopf & Harr, P.C. appear as counsel for FIRST STATE BANK, MESQUITE, a creditor and party-in-interest herein, and, pursuant to the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas  75201
Telephone:  (214) 855-7500
Facsimile:  (214) 978-5359
E-mail:  drukavina@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices

of any application, complaint, demand, order, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and however transmitted.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned party-in-interest's: (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such party-in-interest is or may be entitled to, all of which rights, claims, actions, defenses, setoffs and recoupments such party-in-interest expressly reserves.

The undersigned additionally requests that all parties place the foregoing party's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

Respectfully submitted on this the 7th day of January, 2010.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-5359

**ATTORNEYS FOR FIRST STATE BANK, MESQUITE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 7th day of January, 2010, he caused true and correct copies of this document to be served electronically on all parties requesting service via the Court's ECF system, and by U.S. first class mail, postage prepaid, on the parties listed below.

Lif Esmael Modabberi
3883 Turtle Creek Boulevard, No. 2010
Dallas, TX 75219

Thomas Powers
Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite 1100
Irving, TX 75062-2288

Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

By: /s/ Davor Rukavina
Davor Rukavina, Esq.