**STANDING CHAPTER 13 TRUSTEE**
**125 E. JOHN CARPENTER FREEWAY**
**SUITE 1100, 11TH FLOOR**
**IRVING, TEXAS 75062**
**(214) 855-9200**
**(214) 965-0758 FAX**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE : | § | CASE NO.    **09-38264-HDH** |
| | § | |
| **LIF MODABBERI** | § | CHAPTER 13 |
| | § | |
| | § | |
| DEBTOR | § | HARLIN D. HALE |

## NOTICE OF HEARING ON
## DEBTOR'S MOTION TO REINSTATE

You are hereby notified of the filing of the Notice of Hearing on Debtor's Motion to Reinstate.

A Pre-Hearing Conference on the Motion to Reinstate is set for February 25, 2010 at 8:30 a.m. by the Trustee at the <u>125 E. John Carpenter Freeway, Suite 1100, 11th Floor, Irving, Texas.</u> Any objections to the proposed Motion not resolved or defaulted at the Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at the <u>Earl Cambell Federal Building at 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.</u> Creditors are not required to attend the Pre-Hearing Conference unless they object to the Motion.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Hearing on Debtor's Motion to Reinstate has been served by me on this the 8th day of January, 2010, on the parties listed below by the United States First Class Mail:

**Attorney for Debtor(s):**
Pro Se

**Debtor:**
Lif Modabberi
3883 Turtle Creek Blvd
Dallas, Texas 75219

**Notice of Appearance:**
None

Dated: January 8, 2010

By:  /s/ Deborah Morton
Attorney for Chapter 13 Trustee
State Bar No. 14558980

| |
|---|
| BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON DE 19886-5019 |

| |
|---|
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |

| |
|---|
| CHASE<br>PO BOX 94014<br>PALATINE IL 60094 |

| |
|---|
| CHASE HOME LOAN<br>PO BOX 78148<br>PHOENIX AZ 85062 |

| |
|---|
| CITI FLEX LINE<br>100 CITIBANK DRIVE<br>SAN ANTONIO TX 78245 |

| |
|---|
| CITIBANK<br>EXCEPTION PAYMENT PROCESSING<br>PO BOX 6305<br>THE LAKES NV 88901-6305 |

| |
|---|
| CITY BANK<br>PO BOX 5060<br>LUBBOCK TX 79408-5060 |

| |
|---|
| COUNTY OF DALLAS<br>CO LINEBARGER GOGGAN BLAIR<br>2323 BRYAN STREET SUITE 1600<br>DALLAS TX 75201-2644 |

| |
|---|
| DEPARTMENT STORES NATIONAL BAN<br>MACYS NCO FINANCIAL SYSTEMS IN<br>PO BOX 137<br>COLUMBUS GA 31902-0137 |

| |
|---|
| ELLIS COUNTY<br>101 WEST MAIN STREET<br>WAXAHACHIE TEXAS 75165 |

| |
|---|
| EXXON MOBILE CARD<br>PO BOX 688938<br>DES MOINES IA 50368 |

| |
|---|
| FIRST EQUITY CARD<br>PO BOX 84075<br>COLUMBUS GA 31908 |

| |
|---|
| FIRST STATE BANK<br>917 MILITARY PKWY<br>MESQUITE TX 75149 |

| |
|---|
| HOME DEPOT |

PO BOX 653000
DALLAS TX 75265

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
1100 COMMERCE ST 5024 DAL
DALLAS TX 75242

LINEBARGER GOGGAN BLAIR SAMPSO
2323 BRYAN ST
1720 UNIVISION CENTER
DALLAS TX 75201-2644

MACYS
PO BOX 8066
MASON OH 45040

POINT BANK
PO BOX 278
PILOT POINT TX 76258

PROSPERITY BANK
1301 N MECHANIC
EL CAMPO TX 77437

WACHOVIA
1525 W T HARRIS BLVD
CHAROLOTTE NC 28288

WASHINGTON MUTUAL
PO BOX 78148
PHOENIX AZ 85062