

NORTHERN DISTRICT OF TEXAS
ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 29, 2010

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. 09-38264-HDH |
| | § | |
| **LIF MODABBERI** | § | CHAPTER 13 |
| | § | |
| | § | |
| DEBTOR(S) | § | HARLIN D. HALE |

### ORDER REINSTATING CASE

On January 29, 2010, came on for consideration the Debtor's Motion to Reinstate Chapter 13 Case. Deborah Morton appeared on behalf of Thomas Powers, Chapter 13 Trustee, Gregory C. Noschese appeared on behalf of for First State Bank, Mesquite, and Debtor appeared pro se. After hearing the testimony of the parties and arguments of counsel, the Court finds that good cause exists for the entry of this Order; IT IS THEREFORE

ORDERED that Debtor's Motion to Reinstate Chapter 13 case be and is hereby GRANTED, provided that Debtor makes his December and January plan payments in the amount of $5600.00 by the close of business on Monday, February 1, 2010; and

IT IS FURTHER ORDERED that if the case is dismissed for any reason, it will be dismissed with prejudice to re-filing for 180 days.

### End of Order ###

Approved by:

/s/ Deborah Morton
Deborah Morton
Attorney for Chapter 13 Trustee
State Bar No. 14558980