RUSTIN S. POLK
Texas Bar No. 00784773
POLK & ASSOCIATES
214bankruptcy.com
4514 Cole Ave., Suite 600
Dallas, Texas 75205
Telephone (214) 740-1160
Telecopier (214) 572-7273

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 09-38264 |
| | § | |
| LIF ESMAEL MODABBERI | § | CHAPTER 13 |
| | § | |

**DEBTORS' RESPONSE TO
TRUSTEE'S NOTICE OF INTENT
TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL**

**COMES NOW** the Debtor above-named, through counsel, in response to the Trustee's Notice of Intent to Certify Chapter 13 case for Dismissal filed herein and respectfully show the Court:

1. The Debtor originally filed this case pro se.

2. The Debtor, on 2/25/2010, retained the law firm Polk & Associates to represent him in the above-captioned case and are getting all the information together for the Trustee.

**THEREFORE**, the Debtor request that the Trustee's Notice of Intent to Certify Chapter 13 case for Dismissal be denied.

Respectfully submitted,

____/s/ Rustin Polk_____
RUSTIN S. POLK
Texas Bar No. 00784773
POLK & ASSOCIATES
214bankruptcy.com
4514 Cole Ave., Suite 600
Dallas, Texas 75205
Telephone (214) 740-1160
Telecopier (214) 572-7273
ATTORNEY FOR DEBTORS

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on all parties as indicated on February 26, 2010.

                                                                                   _/s/ Rustin Polk_

| **Debtors:** | **Bankruptcy Trustee:** | **US Trustee:** |
|---|---|---|
| Lif Esmael Madabberi | Tom Powers | William Neary |
| 3883 Turtle Creek Blvd., #2010 | Standing Chapter 13 Trustee | Office of the US Trustee |
| Dallas, TX 75219 | 125 E. John Carpenter, Ste 1100 | 1100 Commerce, Rm 9C60 |
| *via ecf and USPS* | Irving, TX 75062 | Dallas, TX 75242 |
| | *via ecf* | *via ecf* |

**All Parties Requesting Notice**
*via ecf or usps first class*