IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Action | ✓ | |
| No Action | | |
| ID Checked | DR1 | DR2 |
| SS Checked | DR1 | DR2 |
| Returned Tax Returns to DR | | |

IN RE:
LIF ESMAEL MODABBERI
  DEBTOR(S),

Case No. 09-38264-HDH-13

Judge: HARLIN D. HALE

### REPORT OF (ADJOURNED) SECTION 341 MEETING

**Meeting Information:** Meeting Date: Thu Mar 04, 2010   DFPD: __93__   Original 341: Jan 07, 2010

Debtor(s) Appeared?                                   ___ Yes   ✓ No (DR1) / (DR2)
Debtor(s) attorney/paralegal appeared?                ___ Yes   ✓ No   ___ Pro-se
Creditors Appeared?                                   ✓ Yes   ___ No
Name: _Gloria Hawkins_   Representing: _IRS_

Business Case:                                        ✓ Yes Level ___   ___ No
341 meeting concluded:                                ___ Yes   ✓ No

Adj Date: _P =3/18_ ;   _____   To Hear; Reason: _Debtor has retained_
_ally; will be amending Sched,_
Debtor was asked standard questions : Circle one   Y or N   _etc. Pass requested_
_by Debtor ally._

Need NOI for: ___  Failure to Appear (DR1) / (DR2)          ___ Picture ID (DR1) / (DR2)

                                                            ___ SSN (DR1) / (DR2)

              ___  Wage Order Information (DR1) / (DR2)     ___ Paystubs (DR1) / (DR2)

              ___  Tax Returns: _____                  ___ DSO Information: _____

              ___  Other: _____

No Show/ID NOI Sent: _____

**Payment Information:**
Current monthly payment :               $         .00          Plan Base:         $         .00
$ rec'd as of February 23, 2010 : $   5,600.00                 First Payment due: Dec 31, 2009
                                                               Length of Plan:

**Trustee Action Needed:**
Trustee's Motion to Transfer Venue needed: _____

Trustee's Objection to Exemptions needed for: _____

Other: _____

Circle one:   Debtor confirmed that all the information contained on the Petition, Schedules,
Y or N        Statement of Financial Affairs, and CMI form was true and correct and needed no
              changes or additions to make them true and complete.




Page 1

_D hs retained lawyer; need to pass_
_+ sch. to be revised._

Case # 09-38264-HDH-13                                                                          Page 2
Debtor(s) LIF ESMAEL MODABBERI

**Confirmation Isssues**

1. **BEST INTEREST:**
   Exemptions: _____ Federal; _____ Texas State; _____ State other than TX: _____

   Exceeds $125,000    Y or N

   Value (equity) of non-exempt property (See #12 for more details): $ _____

   Total Value of Assets listed as Exempt on Schedule C: _____

   Improper Exemptions: Circle one:  Y or N   Explain: _____

   Fraudulent Transfer: Circle one:  Y or N   Explain: _____

   _____  Refer to Legal: _____

2. **DISPOSABLE INCOME:**
   A) **Below Median Income:** DR's Proj Monthly Disp. Income: _____ x 36= _____

   Comment: _____

   B) **Above Median Income (CMI Form):**
   DR's Monthly Disposable Income:$_____ X ACP: _____ = Unsec. Pool: $ _____

   Line _____ Notes: _____

   Line _____ Notes: _____

   _____  Refer to Legal: _____

3. **FEASIBILITY:** Circle one:  Y or N   Reason if No: _____
   _____  Refer to Legal: _____

4. **GOOD FAITH** Petition and Plan: Circle one:  Y or N   Reason if No: _____

   _____  Refer to Legal: _____

5. **DOMESTIC SUPPORT OBLIGATION (DSO):**
   Debtor owes post petition DSO:  Current?  Circle one:  NA  Y or N
   _____  Refer to Legal: _____

6. **TAX RETURNS:**

   Filed previous 4 years: Circle one:  Y or N   Specify: _____

   Number of Dependants on last year: _____   Notes: _____

   Number in Household per CMI: _____   Notes: _____
   _____  Refer to Legal: _____

7. **BUSINESS CASE:**

   _____ Self-Employed                              _____ Liquor License
   _____ Incurs Trade Debt                          _____ Over $15,000 per/mo.
   _____ Employees
   _____ Refer to Business Case Analyst

Case # 09-38264-HDH-13                                                                Page 3
Debtor(s) LIF ESMAEL MODABBERI

8. **CIVIL ENFORCEMENT:**
   \_\_\_\_\_ Petition Preparer was involved.  (See #12 for more details.)

   \_\_\_\_\_ Debtor attorney fees exceed "standard fee"
   Refer to Legal _____

9. **521(a)(1) INFORMATION HAS BEEN FILED:**

   | _X_ List of Creditors | _X_ Statement of Financial Affairs |
   | _X_ Schedules A, B, C, D, E, and F | _X_ 342(b) Certificate by DR Atty |
   | _X_ Schedules I & J | \_\_\_ 60 Days Payment Advices |
   | _X_ CMI Statement | |

10. **ELIGIBILITY:**

    Certificate of Credit Counseling within 180 days on file      _X_ Yes  \_\_\_ No

    Provider of Credit Counseling is approved                      _X_ Yes  \_\_\_ No

    Debt limits exceed maximum (S-$1,010,650 U-$336,900)          \_\_\_ Yes  \_\_\_ No
    Refer to Legal _____

11. **DOCUMENTS REQUIRED FOR CONFIRMATION** _____
    _____

12. **OTHER (include improper venue):** _____
    _____

13. **PRESIDING OFFICER NOTES:**

    _____

Date: Thu Mar 04, 2010                              By: _/s/ Martin_
                                                        Presiding Officer Signature