# Office of the Standing Chapter 13 Trustee

125 E. John Carpenter Freeway, Suite #1100
Irving, Texas 75062
(214) 855-9200 / (214) 965-0754

```
Case #:      09-38264-HDH-13              Original 341 Meeting Date: Thu Jan 07, 2010
Debtor(s):   LIF ESMAEL MODABBERI
Dated:       03/05/2010
```

## Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal

NOTICE IS HEREBY GIVEN to the herein named Debtor(s) and Debtor Attorney that the Trustee intends to certify the above numbered Chapter 13 case for dismissal for the following reason(s):

(X)   Debtor(s) failed to appear without the agreement of the Trustee's Office to continue with the 341 Meeting or continuation thereof. (See paragraph 3d of General Order 2009-03 below).
(LIF ESMAEL MODABBERI)

(X)   Debtor(s) failed to timely provide documents that establish their identity as required by Section 521(h) of the Bankruptcy Code.
(LIF ESMAEL MODABBERI)

Pursuant to General Order 2009-03, Section 3:

**DISMISSAL WITHOUT FURTHER NOTICE.** A Chapter 13 petition may be dismissed without prejudice after 14 days (as to subsection "d-5" and "e" deficiencies) or seven (7) days (as to subsections "a," "b," "c," "d-1," "d-2," "d-3," or "d-4" deficiencies) if prior written Notice of Intent to Dismiss ("NOI") is filed with the Court and served on the Debtor and Debtor's Counsel, and without further notice unless any default or deficiency is cured prior to the expiration of such period. The Clerk is authorized to enter an Order of Dismissal upon certification by the Trustee, or such other authority ordered by the Court or allowed by law, that:

d-1   The Debtor failed to attend the Section 341 Meeting of Creditors as required by Section 343 of the Bankruptcy Code (the "Section 341 Meeting") or any continued Section 341 Meeting which the Trustee required the Debtor to attend, without the agreement of the Trustee to continue the Section 341 Meeting;

d-4   The Debtor did not timely provide to the Trustee documents that establish the the identity of the Debtor, including a driver's license, passport, or other document that contains a photograph of the Debtor as required by Section 521(h) of the Bankruptcy Code;

Mailed to the herein named Debtor(s) at the address listed below and ( ) mailed to the address listed below/ (X) faxed / ( ) delivered electronically to Debtor's Attorney on 03/05/2010.

By:   Rosalyn Swindell
Chapter 13 Trustee's Office

Debtor(s):    LIF ESMAEL MODABBERI, 3883 TURTLE CREEK BLVD, DALLAS TX, 75219
Attorney:   F POLK AND ASSOCIATES, 4514 COLE AVE,SUITE 600, DALLAS TX, 75205, (214) 572-7273