RUSTIN S. POLK
Texas Bar No. 00784773
POLK & ASSOCIATES
214bankruptcy.com
4514 Cole Ave., Suite 600
Dallas, Texas 75205
Telephone (214) 740-1160
Telecopier (214) 572-7273

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| In re: | § | CASE NO. 09-38264 |
| | § | |
| LIF ESMAEL MODABBERI | § | CHAPTER 13 |
| | § | |

## NOTICE OF HEARING

A pre-hearing conference is set on Debtor's Response Trustee's Notice of Intent to Certify Chapter 13 case for Dismissal on 04/29/2010 at 8:30 a.m. at the United States Trustee's Office, 125 East John Carpenter Freeway, Suite 1100, Irving, Texas 75062.

Any objection to the Pleadings not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at 1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR REPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

Respectfully submitted,

_____/s/ Rustin Polk_____
RUSTIN S. POLK
Texas Bar No. 00784773
POLK & ASSOCIATES
4514 Cole Ave., Suite 600
Dallas, Texas 75205
Telephone (214) 740-1160
Telecopier (214) 572-7273
ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all parties as indicated on March 9, 2010.

_____/s/ Rustin Polk_____

**Debtors:**
Lif Esmael Madabberi
3883 Turtle Creek Blvd., #2010
Dallas, TX 75219
*via ecf and USPS*

**Bankruptcy Trustee:**
Tom Powers
Standing Chapter 13
Trustee
125 E. John Carpenter, Ste 1100
Irving, TX 75062
*via ecf*

**US Trustee:**
William Neary
Office of the US
Trustee
1100 Commerce, Rm 9C60
Dallas, TX 75242
*via ecf*

**All Parties Requesting Notice**
*via ecf or usps first class*