RUSTIN S. POLK
Texas Bar No. 00784773
POLK & ASSOCIATES
214bankruptcy.com
4514 Cole Ave., Suite 600
Dallas, Texas 75205
Telephone (214) 740-1160
Telecopier (214) 572-7273

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | CASE NO. 09-38264 |
|---|---|---|
| | § | |
| LIF ESMAEL MODABBERI | § | CHAPTER 13 |
| | § | |

DEBTORS' RESPONSE TO
TRUSTEE'S NOTICE OF INTENT
TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL

**COMES NOW** the Debtor above-named, through counsel, in response to the Trustee's Notice of Intent to Certify Chapter 13 case for Dismissal filed herein and respectfully show the Court:

1. The Debtor originally filed this case pro se.

2. The Debtor, on 2/25/2010, retained the law firm Polk & Associates to represent him in the above-captioned case and are getting all the information together for the Trustee.

3. The 341 Meeting of Creditors has been reset to 3/18/2010.

**THEREFORE**, the Debtor request that the Trustee's Notice of Intent to Certify Chapter 13 case for Dismissal be denied.

Respectfully submitted,

___*/s/ Rustin Polk*___
RUSTIN S. POLK
Texas Bar No. 00784773
POLK & ASSOCIATES
214bankruptcy.com
4514 Cole Ave., Suite 600
Dallas, Texas 75205
Telephone (214) 740-1160

Telecopier (214) 572-7273
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing has been served on all parties as indicated on March 9, 2010.

                    ___/s/ Rustin Polk_____

**Debtors:**
Lif Esmael Madabberi
3883 Turtle Creek Blvd., #2010
Dallas, TX 75219
*via ecf and USPS*

**Bankruptcy Trustee:**
Tom Powers
Standing Chapter 13 Trustee
125 E. John Carpenter, Ste 1100
Irving, TX 75062
*via ecf*

**US Trustee:**
William Neary
Office of the US Trustee
1100 Commerce, Rm 9C60
Dallas, TX 75242
*via ecf*

**All Parties Requesting Notice**
*via ecf or usps first class*