Davor Rukavina
Texas Bar No. 24030781
Jonathan L. Howell
Texas Bar No. 24053668
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Telephone: (214) 855-7501
Facsimile: (214) 855-7584

**ATTORNEYS FOR**
**FIRST STATE BANK, MESQUITE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 09-38264-HDH |
| LIF ESMAEL MODABBERI, | § | |
| | § | (Chapter 13) |
| Debtor. | § | |

**OBJECTION OF FIRST STATE BANK, MESQUITE**
**TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

TO THE HONORABLE HARLIN D. HALE, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW First State Bank, Mesquite ("First State Bank"), a creditor and party-in-interest in the above-captioned case and plaintiff in the above-captioned bankruptcy case (the "Bankruptcy Case"), and files this its *Objection* (the "Objection") *to Debtor's Proposed Chapter 13 Plan* (the "Plan") [Docket No. 24] and in support thereof respectfully states as follows:

1.      Lif Esmael Modabberi (the "Debtor") filed his bankruptcy schedules, listing First State Bank as a secured creditor in the amount of $21,000 in his Schedule D.  However, the Debtor failed to include First State Bank as a secured creditor in the Plan or any other secured creditor – other than Cadillac and Range Rover.  Based on Debtor's failure to include First State Bank in his Plan, among other reasons, First State Bank objects to confirmation of the Plan.  *See* 11 U.S.C. § 1325.

2.      First State Bank reserves its right to amend or withdraw this Objection.  This Objection does not affect any other claims First State Bank may have against the Debtor.

For these reasons, First State Bank respectfully requests that the Court deny confirmation of the Plan, and grant First State Bank any other relief to which it is justly entitled.

RESPECTFULLY SUBMITTED this 11th day of March 2010.

**MUNSCH HARDT KOPF & HARR, P.C.**

By:   */s/ Jonathan L. Howell*
       Davor Rukavina
       Texas Bar No. 24030781
       Jonathan L. Howell
       Texas Bar No. 24053668
       3800 Lincoln Plaza
       500 North Akard Street
       Dallas, Texas 75201-6659
       Telephone: (214) 855-7500
       Facsimile:  (214) 978-5359

**ATTORNEYS FOR FIRST STATE BANK, MESQUITE**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this the 11th day of March 2010, he caused a true and correct copy of the foregoing pleading to be served on the following party by electronic mail and through the Court's ECF system:

Rustin S. Polk
Polk & Associates
214bankruptcy.com
PO Box 190625
Dallas, TX 75219-0625
rpolk@214bankruptcy.com

By:   */s/ Jonathan L. Howell*
       Jonathan L. Howell