Polk & Associates
214bankruptcy.com
4514 Cole Ave, Suite 600
Dallas, TX 75205-4193

Bar Number:  00784773
Phone:   (214) 740-1160

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**
Revised 11-1-05

| | | |
|---|---|---|
| IN RE: | § | |
| **Lif Esmael Modabberi** | § | CASE NO:  **09-38264** |
| | § | |
| Debtor(s) | § | |
| | § | |

*AMENDED 3/16/2010*

**AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS**     DATED: **12/1/2009**          .

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed in accordance with General Order 2005-05, as indicated below:

| | | |
|---|---|---|
| Periodic Payment Amount | | **$2,800.00** |
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $0.00 |
| Trustee Fee | $279.50 | $280.00 |
| Filing Fee | $0.00 | $0.00 |
| Noticing Fee | $88.20 | $0.00 |
| **Subtotal Expenses/Fees** | **$372.70** | **$280.00** |
| Available for Adequate Protection, Attorney Fees and Undisputed Priority Claims: | **$2,427.30** | **$2,520.00** |

**SECURED CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| City Bank | 2007 Cadillac CTS | $12,000.00 | $15,150.00 | 1.25% | $150.00 |
| Dallas County Tax Collector | Personal Home | $3,716.12 | $16,362.00 | 1.25% | $46.45 |
| Dallas County Tax Collector | Personal Home | $4,000.08 | $12,645.88 | 1.25% | $50.00 |
| Dallas County Tax Collector | 7629 Anson Circle | $11,258.27 | $62,670.00 | 1.25% | $140.73 |
| Dallas County Tax Collector | 1809 Sandy Ln. | $1,053.71 | $1,053.71 | 1.25% | $13.17 |
| Dallas County Tax Collector | 1431 Melton Ln. | $246.88 | $246.88 | 1.25% | $3.09 |
| Dallas County Tax Collector | 7620 Anson Circle | $6,773.84 | $154,397.94 | 1.25% | $84.67 |
| Dallas County Tax Collector | 208 S. Haskell Ave. Personal Prop | $668.53 | $668.53 | 1.25% | $8.36 |
| Dallas County Tax Collector | 4017 Ross Ave. Personal Property | $84.75 | $84.75 | 1.25% | $1.06 |
| Dallas County Tax Collector | Personal Home 2010 | $3,858.49 | $8,645.80 | 1.25% | $48.23 |
| Prosperity | 2006 Range Rover | $28,000.00 | $34,875.00 | 1.25% | $350.00 |

Total Adequate Protection Payments for Secured Creditors:     **$895.76**

**SPECIAL CLASS CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|

Total Adequate Protection Payments for Special Class Creditors:     **$0.00**

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

|   |   |
|---|---|
| Total Adequate Protection Payments: | **$895.76** |
| Funds Available For Debtor's Attorney First Disbursement: | **$1,531.54** |
| Funds Available For Debtor's Attorney Future Disbursements: | **$1,624.24** |
| Available For Secured Creditors as Authorized by the Plan: | **$2,520.00**\*\* |

DATED:  **03/16/2010**

__/s/ Rustin S. Polk_____    _____
Attorney for Debtor(s)                              Trustee, Attorney for Trustee or Trustee's Representative

---

\*\* Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*