IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Action ___ ✓ ___
No Action ___ ✓ ___
ID Checked ___ ✓ ___ DR1 ___ DR2
SS Checked ___ ✓ ___ DR1 ___ DR2
Returned Tax Returns to DR ___

IN RE:                                    Case No. 09-38264-HDH-13
LIF ESMAEL MODABBERI
    DEBTOR(S),                            Judge: HARLIN D. HALE

**REPORT OF (ADJOURNED) SECTION 341 MEETING**

**Meeting Information:** Meeting Date: Thu Mar 18, 2010   DFPD: _107_  Original 341: Jan 07, 2010
Debtor(s) Appeared?                                    ✓ Yes ___ No (DR1) / (DR2)
Debtor(s) attorney/paralegal appeared?                 ✓ Yes ___ No ___ Pro-se
Creditors Appeared?                                    ✓ Yes ___ No
Name: _Lee Pannier_           Representing: _First State Bank_
_Kyra -fried_
Business Case: _Coker_                        ___ Yes Level ___ ✓ No
341 meeting concluded: _knowledge_           ✓ Yes ___ No
Adj Date: _____; _____ To Hear; Reason: _____

Debtor was asked standard questions : Circle one (Y) or N

**Need NOI for:** ___ Failure to Appear (DR1) / (DR2)    ___ Picture ID (DR1) / (DR2)
                                                          ___ SSN (DR1) / (DR2)
                ___ Wage Order Information (DR1) / (DR2)  ___ Paystubs (DR1) / (DR2)
                ___ Tax Returns: _____                  ___ DSO Information: _____
                X Other: _6 P:L_
                - Corp. Tax Returns 2008   - Dallas Unlimited
                - Prompt Profess - 2008    corp. tax return.
                  Real Estate.
No Show/ID NOI Sent: _03/05/2010_

**Payment Information:**                                  Plan Base:  $         .00
Current monthly payment :         $         .00          First Payment due: Dec 31, 2009
$ rec'd as of March 10, 2010  : $    5,600.00            Length of Plan:

**Trustee Action Needed:**
Trustee's Motion to Transfer Venue needed: _____

Trustee's Objection to Exemptions needed for: _____

Other: _____

(Y) or N   Circle one:  Debtor confirmed that all the information contained on the Petition, Schedules,
                       Statement of Financial Affairs, and CMI form was true and correct and needed no
                       changes or additions to make them true and complete.




Page 1

Case # 09-38264-HDH-13
Debtor(s) LIF ESMAEL MODABBERI

Page 2

*bus. personal propt.*

## Confirmation Isssues

1. **BEST INTEREST:**
   Exemptions: _____ Federal; ✗ Texas State; _____ State other than TX: _____

   Exceeds $125,000   Y or N    *non-exempt real estate  see #13  $58,760*

   Value (equity) of non-exempt property (See #12 for more details): $ *60,346*

   Total Value of Assets listed as Exempt on Schedule C: *119,108*

   Improper Exemptions: Circle one: Y or N  Explain: _____

   Fraudulent Transfer: Circle one: Y or N  Explain: _____   *non-exempt propt.*

   _____ Refer to Legal: *Plus bus. personal propts*

2. **DISPOSABLE INCOME:**
   A) **Below Median Income:** DR's Proj Monthly Disp. Income: *1049* x 36= *37,764*

   Comment: _____
   B) **Above Median Income (CMI Form):**
   DR's Monthly Disposable Income: $_____ X ACP: _____ = Unsec. Pool: $_____

   Line _____ Notes: _____

   Line _____ Notes: _____

   _____ Refer to Legal: _____

✗ 3. **FEASIBILITY:** Circle one: Y or (N), Reason if No: *Swrp 1049 / Ppyt 2800*
   Refer to Legal: *prop rental propt. operating at a loss*

4. **GOOD FAITH** Petition and Plan: Circle one: Y or N  Reason if No: _____

   _____ Refer to Legal: _____

5. **DOMESTIC SUPPORT OBLIGATION (DSO):**
   Debtor owes post petition DSO: Current?  Circle one: (NA) Y or N
   _____ Refer to Legal: _____

6. **TAX RETURNS:**

   Filed previous 4 years: Circle one: (Y) or N  Specify: _____

   Number of Dependants on last year: _____  Notes: _____

   Number in Household per CMI: _____  Notes: _____
   _____ Refer to Legal: _____

7. **BUSINESS CASE:**

   _____ Self-Employed              _____ Liquor License
   _____ Incurs Trade Debt          _____ Over $15,000 per/mo.
   _____ Employees
   _____ Refer to Business Case Analyst

Case # 09-38264-HDH-13                                                                Page 3
Debtor(s) LIF ESMAEL MODABBERI

8. **CIVIL ENFORCEMENT:**

   \_\_\_\_\_ Petition Preparer was involved. (See #12 for more details.)

   \_\_\_\_\_ Debtor attorney fees exceed "standard fee"
   \_\_\_\_\_ Refer to Legal   _____

9. **521(a)(1) INFORMATION HAS BEEN FILED:**

   | _X_ List of Creditors | _X_ Statement of Financial Affairs |
   | _X_ Schedules A, B, C, D, E, and F | _X_ 342(b) Certificate by DR Atty |
   | _X_ Schedules I & J | \_\_\_\_\_ 60 Days Payment Advices |
   | _X_ CMI Statement | |

10. **ELIGIBILITY:**

    Certificate of Credit Counseling within 180 days on file     _X_ Yes  \_\_\_ No

    Provider of Credit Counseling is approved                    _X_ Yes  \_\_\_ No

    Debt limits exceed maximum (S-$1,010,650 U-$336,900)         \_\_\_ Yes  _X_ No
    \_\_\_\_\_ Refer to Legal

11. DOCUMENTS REQUIRED FOR CONFIRMATION  *review P;L*
    *(Feas → Cash*
    *Short fall $1800)*
12. OTHER (include improper venue):  *Best Interest*

13. **PRESIDING OFFICER NOTES:**

    *- Debtor*
    *- morn spring trail $981 / '926*
    *- Not rented Sandy Ln*

    *Real Estate w/ Equity*
    *Equity $8934 — Propt. 10633 Cotillion*
    *$51,412 — 5$ 7629 Answ*
    *FSB - claims $550K  not $450K*

    *notes sec. by First State Bank — no equity*

    *- 06 Range Rover — Debtor*   *Corp. — Dallas Unlimited — Pres.*
    *- 07 Cadillac — son*   *10 Bima → Prompt Prof. Real Estate — Pres*
    *27 - student - doesn't know name of school*

Date: Thu Mar 18, 2010                    By: _____
                                              Presiding Officer Signature