## Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite #1100
Irving, Texas 75062
214-855-9200 / 214-965-0754 (Fax)

```
Case # :        LIF ESMAEL MODABBERI
Debtor(s):      09-38264-HDH-13
Date:           03/19/2010
```

## Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal

NOTICE IS HEREBY GIVEN to the herein named Debtor(s) and Debtor Attorney that the Trustee intends to certify the above numbered Chapter 13 Case for dismissal for the following reason(s):

(X) Other
    6 MONTHS PROFIT AND LOSS; CORP 2008 TAX RETURNS-DALLAS UNLIMITED;PROMPT
    PROFESSIONAL REAL ESTATE-2008 CORP TAX RETURNS; PER 341 REPORT

General Order 2009-03, Section 3 provides:

**DISMISSAL WITHOUT FURTHER NOTICE.** A Chapter 13 Petition may be dismissed without prejudice after 14 days (as to subsection "d-5" and "e" deficiencies) or seven (7) days (as to subsections "a," "b," "c," "d-1," "d-2," "d-3," or "d-4" deficiencies) if prior written Notice of Intent to Dismiss ("NOI") is filed with the Court and served on the Debtor and Debtor's Counsel, and without further notice unless any default or deficiency is cured prior to the expiration of such period. The Clerk is authorized to enter an Order of Dismissal upon certification by the Trustee, or such other authority ordered by the Court or allowed by law, that:

   d-5. The Debtor failed to cooperate with the Trustee as necessary to enable the Trustee to
        perform the Trustee's duties under the Bankruptcy Code as required by Section
        521(a)(3) of the Bankruptcy Code. Any such notice shall state specifically what the
        Debtor did or did not do constituting such failure to cooperate;

### Certificate of Service

Mailed herein to the named Debtor(s) at the address listed below and ( ) mailed to the address listed below/ (X) faxed / ( ) delivered electronically to Debtor's Attorney on 03/19/2010.

By:  Celeste Barbeau
     Office of the Standing Chapter 13 Trustee

Debtor:   LIF ESMAEL MODABBERI
          3883 TURTLE CREEK BLVD
          NO 2010
          DALLAS TX 75219