THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                              CASE NO. 09-38264

LIF ESMAEL MODABBERI                                CHAPTER 13

3883 TURTLE CREEK BLVD
NO 2010
DALLAS TX              75219                        JUDGE: HARLIN D. HALE
A/K/A EMAEL LIF MODARBBERI; ESM
D/B/A DALLAS UNLIMTIED REAL EST                     HEARING DATE:Thu Apr 29, 2010

---

MOTION TO DISMISS CHAPTER 13 CASE OR IN THE ALTERNATIVE REDUCE ATTORNEY
FEES FOR FAILURE TO CONFIRM AND NOTICE OF HEARING THEREON

---

Now comes the Office of the Chapter 13 Trustee, Dallas and files this Motion pursuant to Section 1307(C) of the Bankruptcy Code and Bankruptcy Rule 9014; and would respectfully show unto the Court as follows:

This case should be dismissed or in the alternative attorney fees reduced for one or more of the following causes:

 X    Failure to Obtain Confirmation.


Wherefore, your Trustee prays that after notice and hearing, this Chapter 13 case be dismissed or in the alternative reduce attorney fees.


                            Office of the Chapter 13 Trustee, Dallas

                            BY: /s/ Thomas D. Powers
                                Thomas D/ Powers/State Bar No. 16218700
                                125 E. John Carpenter Freeway
                                Suite 1100
                                Irving, TX 75062
                                (214) 855-9200/Fax (214) 965-0758




DEBTOR(S) ATTORNEY
    POLK AND ASSOCIATES
    4514 COLE AVE
    SUITE 600
    DALLAS TX              75205

**Notice of Hearing**

To the Debtor(s) and the Debtor's(s') Attorney of Record:

You are notified of the filing of the foregoing Motion of Trustee to Dismiss Chapter 13 case for the reason(s) therein stated. A pre-hearing conference on the Trustee's Motion will be held on Thu Apr 29, 2010 at 8:30 A.M. at Suite 1100, 125 E. John Carpenter Freeway, The Eleventh Floor, Irving, Texas 75062. Motions not resolved/defaulted at the pre-hearing conference will be held by the Court at 2:00 PM on the same day at 1100 Commerce Street, the Fourteenth Floor, Dallas, Texas 75242-1496. You do not have to attend the pre-hearing conference or hearing unless you oppose dismissal of the case.

---

**Certificate of Service**

I hereby certify that a copy of the foregoing Motion to Dismiss Chapter 13 Case and Notice of Hearing thereon was served on the following parties at the addresses listed below by United States First Class Mail:

DEBTOR(S):   LIF ESMAEL MODABBERI, 3883 TURTLE CREEK BLVD, NO 2010, DALLAS TX, 75219

DEBTOR(S) ATTORNEY:
POLK AND ASSOCIATES, 4514 COLE AVE, SUITE 600, DALLAS TX, 75205

CREDITORS:
COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR, 2323 BRYAN STREET SUITE 1600, DALLAS TX, 75201-2644
MUNSCH HARDT KOPF AND HARR, 3800 LINCOLN PLAZA, 500 N AKARD STREET, DALLAS TX, 75201
GE MONEY BANK, CO RECOVERY MANAGEMENT SYSTEMS, 25 SE 2ND AVE SUITE 1120, MIAMI FL, 33131-1605
POLK AND ASSOCIATES, 4514 COLE AVENUE SUITE 600, DALLAS TX, 75205

Dated:  March 23, 2010            By: /s/ Thomas D. Powers