IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:
LIF ESMAEL MODABBERI

    DEBTOR(S)

)( CASE NO. 09-38264HDH-13
)(
)( JUDGE HARLIN D. HALE

## NOTICE OF CONTINUED HEARING ON CONFIRMATION

A hearing has previously been scheduled in the above referenced matter. At the pre-hearing conference, all parties present agreed to the continuance of the hearing. Notice is hereby given that the hearing will be continued to the following date:
**Thu April 29, 2010**

due to the following reason:
THE CONFIMATION ON THIS CASE HAS COMMENCED AND BY ORDER
OF THE COURT HAS BEEN CONTINUED.

On the continued hearing date, a pre-hearing conference will be held at 8:30 a.m. by the **Trustee** at **125 E. John Carpenter Freeway, Suite 1100, The 11th Floor, Irving, Texas 75062**. Any objections not resolved or defaulted at the pre-hearing conference will be heard by the Court at 2:00 PM on the **14th Floor, 1100 Commerce Street, Dallas, Texas**. All parties present at the previous hearing were notified of the foregoing date and times. No further notice is necessary.

                                                  Respectfully submitted,

                                                  /s/Thomas D. Powers

Attorney for Debtor:
POLK AND ASSOCIATES

                                                  Thomas D. Powers
                                                  State Bar No. 16218700
                                                  125 E. John Carpenter Freeway
                                                  Suite 1100
                                                  Irving, Texas 75062
                                                  (214) 855-9200
                                                  (214) 965-0758 (Legal Fax)