In re **Lif Esmael Modabberi**                                      Case No.  **09-38264**
                                                                             (if known)

*AMENDED 4/6/2010*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Personal Home:<br>3883 Turtle Creek Blvd. #2010<br>Dallas, TX 75219 | Fee Simple | - | $167,720.00 | $182,932.69 |
| Investment Property:<br>3836 Morning Spring Trail<br>Dallas, TX 75224<br>(To be surrendered) | Fee Simple | J | $129,000.00 | $100,518.27 |
| Investment Property:<br>10633 Cotillion Dr.<br>Dallas, TX 75228 | Fee Simple | J | $100,980.00 | $92,046.67 |
| Investment Property:<br>7620 Anson Circle<br>Dallas, TX 75235 | Fee Simple | - | $178,650.00 | $174,425.82 |
| Investment Property:<br>7629 Anson Circle<br>Dallas, TX 75235 | Fee Simple | J | $165,220.00 | $113,808.27 |
| Investment Property:<br>1809 Sandy Ln.<br>Mesquite, TX 75149<br>(To be surrendered) | Fee Simple | J | $67,290.00 | $45,130.33 |
| Investment Property:<br>1431 Melton Ln.<br>Mesquite, TX 75149<br>(Joint ownership w/ Mendoza Esteban) | Fee Simple | J | $38,310.00 | $21,940.78 |
| Investment Property:<br>The Water's Edge<br>Block A Lot 24<br>Denton County, TX 76209<br>(Joint ownership with Dallas Unlimited Real Estate Solutions Inc.) (TO BE SURRENDERED) | Fee Simple | J | $60,536.00 | $143,399.92 |

In re **Lif Esmael Modabberi**  Case No. **09-38264**
(if known)

*AMENDED 4/6/2010*
## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Investment Property: The Water's Edge Block B Lot 4R Denton County, TX 76209 (Joint ownership with Dallas Unlimited Real Estate Solutions Inc.) (TO BE SURRENDERED) | Fee Simple | J | $65,000.00 | $143,399.92 |
| | | Total: | $972,706.00 | |

(Report also on Summary of Schedules)