In re **Lif Esmael Modabberi**                                            Case No.  **09-38264**

                                                                                    (if known)

*AMENDED 4/6/2010*
# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | - | $200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking Account | - | $900.00 |
| | | Live Oak State Bank Checking Account | - | $186.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | (1) Couch | - | $150.00 |
| | | (1) Loveseat | - | $100.00 |
| | | (2) Televisions | - | $400.00 |
| | | Entertainment Center/T.V. Center | - | $60.00 |
| | | DVD Player | - | $25.00 |
| | | Stereo | - | $50.00 |
| | | End Tables | - | $30.00 |
| | | Dining Room Furniture | - | $200.00 |
| | | Appliances: Refrigerator, Stove, Microwave, and Dishwasher | - | $425.00 |
| | | Washing Machine | - | $100.00 |
| | | Dryer | - | $100.00 |
| | | Dishware, Glassware, and Silverware | - | $40.00 |

In re  **Lif Esmael Modabberi**                                      Case No.   **09-38264**
                                                                              (if known)

*AMENDED 4/6/2010*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Cookware | - | $50.00 |
| | | (2) Beds | - | $250.00 |
| | | Dressers | - | $125.00 |
| | | Nightstands | - | $30.00 |
| | | Lamps and Accessories | - | $50.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books | - | $30.00 |
| | | Family Pictures and Artwork | - | $250.00 |
| | | CD's and DVD's | - | $75.00 |
| | | Misc. Collectibles | - | $100.00 |
| 6. Wearing apparel. | | Men's Wearing Apparel | - | $350.00 |
| 7. Furs and jewelry. | | Watches | - | $400.00 |
| | | Necklaces and Bracelets | - | $100.00 |
| | | Rings | - | $200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Camera | - | $50.00 |
| | | Video Camera | - | $125.00 |
| | | Cell Phone and Misc. Electronics | - | $200.00 |
| | | Video Game System and Games | - | $100.00 |

In re  **Lif Esmael Modabberi**                                           Case No.   **09-38264**

                                                                                         (if known)

*AMENDED 4/6/2010*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Prompt Professional Real Estate Services Inc. (value unknown) | - | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

In re  **Lif Esmael Modabberi**                                          Case No.  **09-38264** _____

                                                                                     (if known)

*AMENDED 4/6/2010*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

In re  **Lif Esmael Modabberi**                                          Case No.   **09-38264**

(if known)

***AMENDED 4/6/2010***
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Range Rover (approximately 50,000) | - | $34,875.00 |
| | | 2007 Cadillac CTS Sedan 4D (60,000 miles) (Debtor's name is on the title of the loan, but the vehicle belongs to his son.  Son is responsible for making the monthly car payments.) | J | $15,150.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer | - | $100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Business Personal Property Account No. 99070904230000000 for d/b/a Automobile Enterprise Address: 9503 C F Hawn Frwy. | J | $1,040.00 |
| | | Business Personal Property Account No. 99P55660000000000 for d/b/a Automobile Enterprise Address: 1401 Elm St. #1818 | J | $10.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | (2) Dogs (Sentimental Value Only) | - | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re　**Lif Esmael Modabberi**　　　　　　　　　　　　Case No.　**09-38264**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 4/6/2010*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____5_____ continuation sheets attached　**Total >**　**$56,627.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)