In re **Lif Esmael Modabberi**                                                                                                  Case No. **09-38264**
                                                                                                                                              (If known)

### *AMENDED 4/6/2010*
### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Personal Home: 3883 Turtle Creek Blvd. #2010 Dallas, TX 75219 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $167,720.00 |
| (1) Couch | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| (1) Loveseat | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| (2) Televisions | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $400.00 | $400.00 |
| Entertainment Center/T.V. Center | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $60.00 | $60.00 |
| DVD Player | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $25.00 | $25.00 |
| Stereo | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| End Tables | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $30.00 | $30.00 |
| Dining Room Furniture | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| Appliances: Refrigerator, Stove, Microwave, and Dishwasher | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $425.00 | $425.00 |
| | | **$1,440.00** | **$169,160.00** |

In re **Lif Esmael Modabberi**        Case No. **09-38264**

(If known)

## *AMENDED 4/6/2010*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Washing Machine | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Dryer | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Dishware, Glassware, and Silverware | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $40.00 | $40.00 |
| Cookware | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| (2) Beds | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| Dressers | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $125.00 | $125.00 |
| Nightstands | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $30.00 | $30.00 |
| Lamps and Accessories | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Books | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $30.00 | $30.00 |
| Family Pictures and Artwork | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $250.00 | $250.00 |
| CD's and DVD's | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $75.00 | $75.00 |
| Misc. Collectibles | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Men's Wearing Apparel | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $350.00 | $350.00 |
| | | **$2,990.00** | **$170,710.00** |

In re **Lif Esmael Modabberi**                                       Case No.  **09-38264**
                                                                              (If known)

## *AMENDED 4/6/2010*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Watches | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $400.00 | $400.00 |
| Necklaces and Bracelets | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $100.00 | $100.00 |
| Rings | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $200.00 | $200.00 |
| Camera | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $50.00 | $50.00 |
| Video Camera | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $125.00 | $125.00 |
| Cell Phone and Misc. Electronics | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| Video Game System and Games | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| 2006 Range Rover (approximately 50,000) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $6,875.00 | $34,875.00 |
| 2007 Cadillac CTS Sedan 4D (60,000 miles)  (Debtor's name is on the title of the loan, but the vehicle belongs to his son.  Son is responsible for making the monthly car payments.) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $3,150.00 | $15,150.00 |
| Computer | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $100.00 | $100.00 |
| Business Personal Property Account No. 99070904230000000 for d/b/a Automobile Enterprise  Address: 9503 C F Hawn Frwy. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $1,040.00 | $1,040.00 |
| | | **$15,330.00** | **$223,050.00** |

In re **Lif Esmael Modabberi**     Case No. **09-38264**
(If known)

*AMENDED 4/6/2010*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Business Personal Property Account No. 99P55660000000000 for d/b/a Automobile Enterprise<br><br>Address: 1401 Elm St. #1818 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $10.00 | $10.00 |
| (2) Dogs<br>(Sentimental Value Only) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) | $0.00 | $0.00 |
| | | **$15,340.00** | **$223,060.00** |