IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|    LIF ESMAEL MODABBERI | § | CASE NO. 09-38264-HDH-13 |
|    **DEBTOR** | § | CHAPTER 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take notice that the undersigned firm of attorneys is appearing on behalf of the following party in the above referenced bankruptcy case:

**JPMORGAN CHASE BANK, N. A., SUCCESSOR IN INTEREST FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK., SERVICER,, ITS SUCCESSORS AND ASSIGNS, regarding Loan No. xxxxxx0240, regarding real estate located at 10633 COTILLION DR, DALLAS, TX, 75228.**

This party is a party in interest in this case and a secured creditor of the Debtor.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

                                                  Respectfully submitted,
                                                  *Codilis & Stawiarski, P.C.*

                                                  By: /s/ Lauren E. Beck
                                                  Lauren E. Beck SBOT 24047785
                                                  Lisa L. Cockrell SBOT 24036379
                                                  Angela K. Randermann SBOT 24029787 (31688)
                                                  650 N. Sam Houston Parkway East, Suite 450
                                                  Houston, Texas  77060 (281) 925-5200
                                                  Facsimile: (281) 925-5300
                                                  **ATTORNEYS FOR SECURED CREDITOR**

44-09-8177
LIF ESMAEL MODABBERI

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>April 6, 2010,</u> a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on <u>April 7, 2010</u> to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

RUSTIN S. POLK
4514 COLE AVE, SUITE 600
DALLAS, TX  75205
**ATTORNEY FOR DEBTOR**

THOMAS DWAIN POWERS
125 E. JOHN CARPENTER FRWY., SUITE 1100
IRVING, TX 75062-2288
**CHAPTER 13 TRUSTEE**

/s/ Lauren E. Beck
Lauren E. Beck SBOT 24047785
Lisa L. Cockrell SBOT 24036379
Angela K. Randermann SBOT 24029787 (31688)
**ATTORNEYS FOR SECURED CREDITOR**

44-09-8177
XXXXX30240
MODABBERI, LIF ESMAEL
Conventional