**Office of the Standing Chapter 13 Trustee**
**125 E. John Carpenter Freeway, Suite 1100**
**Irving, Texas 75062**
**(214) 855-9200/(214) 965-0754 (Fax)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re:                                                          Case Number: 09-38264-HDH-13

    LIF ESMAEL MODABBERI

       Debtor(s)                                            Notice Date: 04/08/2010

## Notice of Withdrawal of the Trustee's
## Notice of Intent to Dismiss

The Trustee hereby WITHDRAWS the Trustee's "Notice of Intent to Dismiss for Failure to Cooperate with the Trustee Pursuant to General Order 2006-01 Paragraph 3, Section d-5", without prejudice to refiling the same.

Date: April 8, 2010                                    By: /s/Thomas D. Powers
                                                                                     Thomas D Powers, Trustee
                                                                                      State Bar # 16218700