

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

Signed April 9, 2010                                   United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 09-38264-13 |
| | § | |
| LIF ESMAEL MODABBERI | § | CHAPTER 13 |
| | § | |

### ORDER DENYING
### PROSPERITY BANK'S MOTION FOR RELIEF FROM STAY

The Motion for Relief from Stay filed by Creditor, **PROSPERITY BANK** is hereby DENIED with the following conditions: Debtor must maintain insurance on the 2006 Range Rover and remain current on Trustee's Payments.

The Stay will be automatically lifted if the above conditions are not complied with.

IT IS ORDERED that if Debtor's case is dismissed for any reason, the automatic stay will not apply to the 2006 Range Rover in any refiled case.

# # # End of Order # # #