NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed May 10, 2010　　　　　　　　　　　　　　**United States Bankruptcy Judge**

---

```
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
125 E. JOHN CARPENTER FREEWAY, SUITE 1100
IRVING, TEXAS  75062
(214) 855-9200

               IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF TEXAS
                          DALLAS DIVISION

IN RE:                                 CASE NO: 09-38264-HDH-13

LIF ESMAEL MODABBERI

      DEBTOR(S),


                      ORDER DENYING CONFIRMATION


    AT DALLAS IN SAID DISTRICT:

    On the recommendation and Oral Motion of the Chapter 13 Trustee,
    and/or after hearing before the Court,

    IT IS ORDERED that Confirmation of the Debtor's(s') Plan,
    dated March 16, 2010    , be and the same is hereby DENIED,
    without prejudice.

                       ### End of Order ###
    APPROVED:



    /s/Thomas D. Powers
    Chapter 13 Trustee, State Bar No. 16218700
```