NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed May 10, 2010

United States Bankruptcy Judge

---

```
Office of the Standing Chapter 13 Trustees
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas  75062
(214) 855-9200
```

```
              IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
                         DALLAS DIVISION

IN RE:                                   CASE NO:  09-38264-HDH-13
       LIF ESMAEL MODABBERI

            DEBTOR(S)                    JUDGE HARLIN D. HALE
```

### ORDER DISMISSING CASE WITH PREJUDICE

On Thu Apr 29, 2010 came to be heard the Trustee's Motion to Dismiss Chapter 13 Proceeding.  It appears to the Court that due notice has been given to Debtor(s) and Debtor's(s') counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled.  It further appearing that dismissal of this case is in the best interest of the creditors of the estate;

It is, **THEREFORE, ORDERED**, that the above proceeding be, and hereby is In all things **DISMISSED, WITH PREJUDICE** to refiling a case under any chapter of Title 11, U.S.C. for 180 days.

It is **FURTHER ORDERED** that the Trustee disburse any funds on hand as Provided by 11 U.S.C. 1326(A)(2), or applicable General Orders, and file the Trustee's Final Report; and

It is **FURTHER ORDERED** that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this order.

Order Dismissing per MTD FTC, Page 2
**LIF ESMAEL MODABBERI**
**09-38264-HDH-13**

    It is **FURTHER ORDERED** that the above styled and numbered case be closed twenty one days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

                                     ### End of Order ###

/s/Thomas D. Powers
Chapter 13 Trustee