

NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 10, 2010**

**United States Bankruptcy Judge**

---

*Codilis & Stawiarski, P.C.*
650 North Sam Houston Parkway East Suite 450
Houston, Texas  77060 (281) 925-5200
Facsimile: (281) 925-5300
**ATTORNEYS FOR MOVANT**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-38264-HDH-13 |
| LIF ESMAEL MODABBERI AKA EMAEL | § | |
| LIF MODARBBERI AKA ESMAEL LIF | § | CHAPTER 13 |
| AKA ESMAEL MODARBBERI AKA E. | § | |
| L.MODABBERI AKA ESMAEL | § | |
| LIFSHAGER MODABBERI AKA DALLAS | § | |
| UNLIMITED REAL ESTATE SOLUTIONS | § | |
| AKA PROMPT PROFESSIONAL REAL | § | |
| ESTATE SERVICES, INC. AKA | § | |
| AUTOMOBILE ENTERPRISES | § | |
|     DEBTOR/RESPONDENTS | § | |
| VS. | § | |
| | | |
| JPMORGAN CHASE BANK, NATIONAL | | |
| ASSOCIATION, ITS SUCCESSORS AND | | |
| ASSIGNS | | |
|     MOVANT | | |

<u>AGREED ORDER TERMINATING AUTOMATIC STAY</u>

CAME ON before the Court for consideration the Motion for Approval of Agreed Order

Terminating Automatic Stay filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND ASSIGNS ("Movant").  It appearing to the Court that proper notice to interested parties has been provided under law, including local Bankruptcy Rules, that no party has appeared in opposition to the Motion and that Debtor and Movant have reached an agreement to terminate the automatic stay of 11 U.S.C. §362, it is accordingly:

**ORDERED** that the Automatic Stay of 11 U.S.C. §362 be and hereby is terminated for the purpose of allowing Movant, its assignees and/or successors in interest to exercise any rights of foreclosure with respect to the following real property:

LOT 8, BLOCK A/5987, OF WHITE CREEK, PHASE TWO, AN ADDITION TO THE CITY OF DALLAS, DALLAS COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 2003159, PAGE 233, OF THE MAP RECORDS OF DALLAS COUNTY, TEXAS.

Property address:  3836 MORNING SPRINGS TRAIL, DALLAS, TX 75224

and thereafter to obtain possession of said real property as may be proper under law.  It is further

**ORDERED** that Movant shall give notice to the Trustee immediately upon foreclosure and that Movant shall amend or withdraw its claim herein within twenty (20) days after foreclosure.  It is further

**ORDERED** that if this bankruptcy case is converted to a different Chapter in the United States Bankruptcy Court, this Order shall remain in full force and effect.

# # # END OF ORDER # # #

\*    The signature of Attorney for Movant shown below constitutes an affirmative representation to the Court that proper service has been made pursuant to Local Rule 4001.

APPROVED AS TO FORM AND ENTRY REQUESTED:
*Codilis & Stawiarski, P.C.*


By: /s/ Lauren E. Beck_____ *
Lauren E. Beck SBOT 24047785
Lisa L. Cockrell SBOT 24036379
Robert L. Negrin SBOT 1486550
Mary M. Speidel SBOT 18908400
650 N. Sam Houston Parkway East, Suite 450
Houston, Texas 77060 (281) 925-5200
Facsimile: (281) 925-5300
**ATTORNEYS FOR MOVANT**


APPROVED AS TO FORM AND SUBSTANCE:


 /s/ Rustin S. Polk – by written permission
RUSTIN S. POLK
JOSEPH M. VACEK
4514 COLE AVE, SUITE 600
DALLAS, TX 75205
**ATTORNEY FOR DEBTOR**

44-09-7958
XXXXX98300
MODABBERI AKA EMAEL LIF MODARBBERI AKA ESMAEL LIF AKA ESMAEL MODARBBERI AKA E. L, LIF ESMAEL
Conventional